UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Jonathan E. Ledin, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>South & Associates, P.C., )<br>)<br>Defendants. ) | Case No.: 08-cv-1368-WEB-DWB |

### NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

To the Honorable Judges of the United States for the District of Kansas.

Removing party, South & Associates, P.C., by and through Kurt M. Lewis, its attorney, respectfully shows this Court:

1. Removing party is a defendant in the above-entitled action

2. On October 31, 2008, the above entitled action was commenced against South & Associates, P.C., in the District Court of Sedgwick County, Kansas, and is now pending in such court.

3. On November 3, 2008, South & Associates, P.C., was served with a summons and petition in the action by personal service by the Sheriff of Sedgwick County Kansas at 245 N. Waco, Suite 400, Wichita, KS.

4. No further proceedings have been had in this action in the District Court of Sedgwick County, Kansas.

5. The action is a civil action for damages in the aggregate amount of ten million dollars, which consists of actual damages, compensatory damages, and punitive damages.

6. Plaintiff additionally seeks an order from the court directing South & Associates, P.C. to pay Plaintiff's mortgage in full on certain property located in Reno County, Kansas.

7. Plaintiff additionally seeks a Temporary Restraining Order be issued against South & Associates, P.C. restraining the firm from the practice of law for an indefinite period of time and for permanent disbarment.

8. Plaintiff alleges that South & Associates, P.C. committed several violations of the Fair Debt Collection Practices Act, 15 USC §1692, together with state claims for violations of various provisions of the Kansas Rules of Civil Procedure in connection with Defendant's representation of Wells Fargo Bank in a state court proceeding to foreclose a mortgage on property to which Plaintiff maintained an interest.

9. This court has original jurisdiction of the above entitled action pursuant to 28 USC §1331 and 15 USC §1692k(d), and the action may therefore be removed to this Court pursuant to 28 USC §1441(b) and (c).

10. A copy of Plaintiff's complaint is attached as Exhibit "A".

11. This notice is filed with this Court within 30 days after service on the removing party of the summons and complaint in this above entitled action.

Wherefore, South & Associates, P.C., respectfully requests that the above entitled action be removed from the District Court of Sedgwick County, Kansas, to this Court.

Dated this 21st day of November, 2008.

Respectfully Submitted,

s/ Kurt M. Lewis
Kurt M. Lewis  #19673
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, KS  66211
913-663-7600 Ext. 119
913-663-7899 (Fax)
Kurt.Lewis@southlaw.com
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF MAILING

I do hereby certify that I have mailed a true and correct copy of the above and foregoing document on this 21st day of November, 2008 to:

Jonathan E. Ledin
801 W. 19th Avenue
Hutchinson, KS  67502
PLAINTIFF

s/ Kurt M. Lewis
Kurt M. Lewis