IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JONATHAN E. LEDIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  08-1368 WEB-DWB |
| ) | |
| SOUTH & ASSOCIATES, P.C. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM AND ORDER**

The Court has reviewed the Plaintiff's Motion to Reconsider (titled "Motion for Re-Hearing") and finds that it contains no arguments upon which relief can be granted.  The Court has also reviewed the Plaintiff's Motion for Sanctions Against Defendants: Violation of Rule 11 Federal Rules of Civil Procedure (Doc. 13).  The Court notes that previous motions containing requests for sanctions (Doc. 9 and Doc. 11) were denied on February 11th, 2009.  The Court finds that this Motion for Sanctions (Doc. 13) has substantively been addressed in the Plaintiff's previous motions and subsequently been addressed by this Court (Doc. 15).

For the reasons stated herein, the Court finds that the Plaintiff's Motion to Reconsider (titled "Motion for Re-Hearing," Doc. 17) is denied.  The Plaintiff's Motion for Sanctions Against Defendants: Violation of Rule 11 Federal Rules of Civil Procedure (Doc. 13) is also denied.

IT IS SO ORDERED this 3rd day of March 2009, at Wichita, Kansas.

                s/ Wesley E. Brown
               Wesley E. Brown
               U.S. District Court Judge