AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| Jonathan E. Ledin | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| South & Associates, P.C. | ) |
| Wells Fargo Bank, NA | ) |
| _____ | ) |
| *Defendant* | |

Civil Action No.   08-1368 WEB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* South & Associates,
P.C. and Wells Fargo Bank _____ recover costs from the plaintiff *(name)* Jonathan E. Ledin _____
_____ .

❏ other:

.

This action was *(check one)*:

❏ tried by a jury with _____ presiding, and the jury has
rendered a verdict.

❏ tried by _____ without a jury and the above decision
was reached.

☑ decided by   Senior U. S. District Judge Wesley E. Brown _____ on a motion for
Dismissal of the Amended Complaint.

Date:   _____12/18/2009_____

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

Nanette Christine Turner

Digitally signed by Nanette Christine Turner
DN: cn=Nanette Christine Turner, o, ou, email=nanette_turner@ksd.uscourts.gov, c=US
Date: 2009.12.18 13:42:20 -06'00'

*Signature of Clerk or Deputy Clerk*